IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____ / <br><br>This Order Relates To:<br><br>*M.H. v. Uber, Inc.*,<br>Case No. 3:23-cv-06200-CRB<br><br>*S.A. v. Uber, Inc.*,<br>Case No. 3:24-cv-02845-CRB<br><br>*Z.W. v. Uber, Inc.*,<br>Case No. 3:24-cv-02844-CRB<br><br>*K.H. v. Uber, Inc.*,<br>Case No. 3:24-cv-02840-CRB<br><br>*A.P. vs. Uber, Inc.*,<br>Case No. 3:23-cv-06357-CRB<br><br>*J.C. vs. Uber, Inc.*,<br>Case No. 3:24-cv-03965-CRB<br><br>*T.L. vs. Uber Inc.*,<br>Case No. 3:24-cv-03966-CRB<br><br>*K.R. vs. Uber, Inc.*,<br>Case No. 3:24-cv-06313-CRB<br><br>*J.B. v. Uber, Inc.*,<br>Case No. 3:23-cv-06692-CRB | MDL No. 3084 <br><br>**ORDER DISMISSING CASES WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 1649, 1675, 1878, 2128, 2221, 2431, 2724, 2817 |

*C.C. vs. Uber, Inc.*,
Case No. 3:24-cv-05962-CRB

*L.D. v. Uber, Inc.*,
Case No. 3:24-cv-05306-CRB

*J.H. v. Uber, Inc.*,
Case No. 3:24-cv-03441-CRB

*C.H. vs. Uber, Inc.*,
Case No. 3:24-cv-04363-CRB

*R.D. v. Uber, Inc.*,
Case No. 3:24-cv-05393-CRB

*J.K. v. Uber, Inc.*,
Case No. 3:24-cv-05463-CRB

*M.P. v. Uber, Inc.*,
Case No. 3:24-cv-05688-CRB

*T.F. v. Uber, Inc.*,
Case No. 3:24-cv-05768-CRB

*A.O. v. Uber, Inc.*,
Case No. 3:24-cv-05717-CRB

*S.H. v. Uber, Inc.*,
Case No. 3:24-cv-07156-CRB

*B.S. v. Uber, Inc.*,
Case No. 3:24-cv-06948-CRB

*C.S. v. Uber, Inc.*,
Case No. 3:24-cv-06923-CRB

*Jane Doe EB 22 v. Uber, Inc.*,
Case No. 3:24-cv-05245-CRB

*Naccarato v. Uber, Inc.*,
Case No. 3:24-cv-05312-CRB

*Jane Doe EB 19 v. Uber, Inc.*,
Case No. 3:24-cv-05217-CRB

|   |
|---|
| 1    *Jane Doe EB 10 v. Uber, Inc.*, |
| 2    Case No. 3:24-cv-05197-CRB |
| 3    *K.B. v. Uber, Inc.*, |
| 4    Case No. 3:24-cv-05719-CRB |
| 5    *D.M.S. v. Uber, Inc.*, |
| 6    Case No. 3:24-cv-05606-CRB |
| 7    *C.A. v. Uber, Inc.*, |
| 8    Case No. 3:24-cv-07553-CRB |
| 9    *CLF J.T. v. Uber, Inc.*, |
|      Case No. 3:25-cv-01043-CRB |

Due to the failure by plaintiffs to file a notice indicating whether they intend to pursue their actions following the withdrawal of their counsel, the above-captioned cases are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 2, 2025

CHARLES R. BREYER
United States District Judge